William A. Delgado (SBN 222666)
  wdelgado@dtolaw.com
Dawn Utsumi (SBN 247652)
  dutsumi@dtolaw.com
DTO LAW
601 S. Figueroa Street, Suite 2130
Los Angeles, CA 90017
Telephone:  (213) 335-6999
Facsimile:   (213) 335-7802

Attorneys for Defendants
ADRIAN RIVERA MAYNEZ ENTERPRISES, INC. and ADRIAN RIVERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EKO BRANDS, LLC,<br><br>                 Plaintiff,<br><br>       v.<br><br>ADRIAN RIVERA MAYNEZ ENTERPRISES, INC.; and ADRIAN RIVERA, an individual,<br><br>                 Defendants. | Case No.:  2:19-cv-00257-JAK-SS<br>Honorable John A. Kronstadt<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
|---|---|

STIPULATED DISMISSAL

180931.1

1  WHEREAS, Plaintiff EKO BRANDS, LLC ("Eko") filed this action
2  against Defendants ADRIAN RIVERA and ADRIAN RIVERA MAYNEZ
3  ENTERPRISES, INC. (collectively "Defendants") on January 11, 2019;
4  WHEREAS, the parties have reached an agreement regarding
5  Eko's patent claims relating to U.S. Patent No. 101,154,751 that resolve
6  this action in its entirety;
7  WHEREAS, Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that an action
8  may be voluntarily dismissed by a plaintiff without a court order by
9  filing a stipulation of dismissal signed by all parties who have appeared;
10 NOW, THEREFORE, the parties hereby stipulate and agree
11 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), through their undersigned
12 counsel of record, to dismissal of this action and all claims asserted
13 herein, with prejudice, pursuant to the parties' agreement.  The parties
14 further stipulate and agree that each party shall bear its own attorneys'
15 fees and costs.
16 IT IS SO STIPULATED.

Respectfully submitted,

Dated:  December 4, 2020         LOWE GRAHAM JONES

                                 By: */s/ David A. Lowe*
                                     David A. Lowe, Attorney for
                                     Plaintiff Eko Brands, LLC

Dated:  December 4, 2020         DTO LAW

                                 By: */s/ William A. Delgado*
                                     William A. Delgado
                                     Dawn Utsumi
                                     Attorneys for Defendants
                                     ADRIAN RIVERA MAYNEZ
                                     ENTERPRISES, INC. and
                                     ADRIAN RIVERA

1
STIPULATED DISMISSAL

180931.1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: December 4, 2020          DTO LAW

By: */s/ William A. Delgado*
    William A. Delgado
    Attorneys for Defendants
    ADRIAN RIVERA MAYNEZ
    ENTERPRISES, INC. and ADRIAN RIVERA